ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| EVERARD KEAN MCINTYRE Y OTROS<br><br>Apelados<br><br>V.<br><br>**CARMENCITA FELICIANO CRUZ** Y OTROS<br><br>Apelante | TA2026AP00124 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Aguadilla<br><br>Caso Núm.: IS2023CV00204<br><br>Sobre: Impugnación o nulidad de testamento, declaratoria de herederos, cartas testamentarias |
|---|---|---|

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

## SENTENCIA

En San Juan, Puerto Rico, a 25 de febrero de 2026.

Considerada la *Moción Solicitando Desistimiento,* presentada hoy, 25 de febrero de 2026, por la parte apelante, se declara:

Ha Lugar.

De conformidad con lo dispuesto en la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, 217 DPR __ (2025), se ordena el archivo del presente asunto por desistimiento, con perjuicio.

Notifíquese.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones